```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/11/2023
```

**THE LAW OFFICE OF**
# NOOR A. SAAB

380 N. Broadway, Ste 300
Jericho, New York 11753
Tel: (718) 740-5060 * Fax: (718) 709-5912
Email: NoorASaabLaw@gmail.com

**QUEENS OFFICE**
148-02 Hillside Ave
Jamaica, New York 11435

Noor A. Saab, Esq.*
-----------
* Admitted in New York

May 10, 2023

**BY ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

**MEMO ENDORSED**

Re:   **Iliana Lopez v. District 5 Boutique, LLC (1:23-cv-00908-PAE-BCM)**

To the Honorable Paul A. Engelmayer,

Plaintiff submits this letter motion respectfully seeking an adjournment of the settlement conference currently scheduled for May 16, 2023 to May 24, 2023 or any such later date as acceptable for the Court. Plaintiff's counsel has been diagnosed with pneumonia and is presently unable to speak. (Documentation available upon request). This is the first time Plaintiff seeks the relief requested.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*

---

Application GRANTED. The initial case management conference previously scheduled for May 16, 2023, is hereby ADJOURNED to **June 14, 2023, at 10:00 a.m.** The Court is also in receipt of the parties' joint status letter dated May 10, 2023 (Dkt. 12), which attaches a proposed civil case management plan and scheduling order in the style of the District Judge's template. No later than **June 7, 2023**, the parties shall submit a Pre-Conference Statement which conforms to the requirements of Judge Moses's March 27, 2023 Order Scheduling Initial Case Management Conference (Dkt. 9), and adjusts the parties' proposed deadlines in light of the adjournment of the initial case management conference. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
May 11, 2023