USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/08/2023

**THE LAW OFFICE OF**
# NOOR A. SAAB
380 N. Broadway, Ste 300
Jericho, New York 11753
Tel: (718) 740-5060 * Fax: (718) 709-5912
Email: NoorASaabLaw@gmail.com

**QUEENS OFFICE**
148-02 Hillside Ave
Jamaica, New York 11435

Noor A. Saab, Esq.*
-----------
* Admitted in New York

June 7, 2023

**BY ECF**
BY ECF
Honorable Magistrate Judge Barbara Moses
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

**MEMO ENDORSED**

Re: **Iliana Lopez v. District 5 Boutique, LLC (1:23-cv-00908-PAE-BCM)**

To Honorable Magistrate Judge Barbara Moses,

Plaintiff submits this letter motion respectfully seeking an adjournment of the settlement conference currently scheduled for June 14, 2023 as per Your Honor's Order dated, May 11, 2023 (Dkt# 13).  Counsel for the Plaintiff has recently been released from a five (5) day hospitalization due to Covid pneumonia.  (Documentation available upon request).  With the consent of the Defendant, Plaintiff respectfully seeks an adjournment to a date after June 21, 2023 to allow for time to confer with counsel for the Defendant and Plaintiff in preparation for the Settlement Conference.  This is the second time Plaintiff seeks the relief requested for medical reasons.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,
/s/ Noor A. Saab, Esq.

Application GRANTED. The **initial case management conference** previously scheduled for June 14, 2023, is hereby ADJOURNED to **June 28, 2023, at 10:00 a.m.** The parties shall submit a Pre-Conference Statement later than **June 21, 2023**. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
June 8, 2023